Juez de Distrito, Demandado.—San Juan, Sección Segunda. *Mandamus.* Junio 24, 1920. *Desistido y sin efecto el señalamiento.*

No. 1540. El Pueblo, Apelado, *v.* Solis et al., Apelantes.—Delito contra la justicia pública. Guayama. Junio 24, 1920. *Confirmada.*

No. 1539. El Pueblo, Apelado, *v.* García, Apelante.—Infracción de la Ley de Arbitrios. Guayama. Junio 24, 1920. *Confirmada.*

No. 1538. El Pueblo, Apelado, *v.* Cáceres, Apelante.—Incitación a motín. Mayagüez. Junio 25, 1920. *Confirmada.*

No. 299. Martínez, Peticionario, *v.* A. B. Crosas, Juez de Distrito, Demandado. — Aguadilla. *Certiorari.* Junio 28, 1920. *Sin lugar.*

No. 1542. El Pueblo, Apelado, *v.* Géigel, Apelante.—Infracción de la Ley de Arbitrios. Aguadilla. Junio 28, 1920. *Revocada.*

No. 1473. El Pueblo, Apelado, *v.* Oliveras, Apelante.—Infracción de la sección 13 del Reglamento del Tesorero (sección 23 de la Ley No. 69 de 1917). Aguadilla. Junio 28, 1920. *Confirmada.*

No. 1531. El Pueblo, Apelado, *v.* Fillero, Apelante.—Hurto de menor cuantía. Mayagüez. Junio 28, 1920. *Confirmada.*

No. 1512. El Pueblo, Apelado, *v.* Sepúlveda et al., Apelantes.—Alterar la paz. Ponce. Junio 28, 1920. *Confirmada.*

No. 2186. Almodóvar et al., Apelantes, *v.* Santa Isabel Sugar Company, Apelada. — Desahucio. (Reconsideración). Ponce. Junio 28, 1920. *Sin lugar.*

No. 2128. Torres, Apelada, *v.* Ramos, Apelante.—Reivindicación de inmuebles. (Reconsideración.) Mayagüez. Junio 28, 1920. *Sin lugar.*

Nos. 1543, 1544, 1545 y 1546. El Pueblo, Apelado, *v.* Luc-